WILLIAM H. VAN ALSTINE, Appellant, *v.* SYRACUSE RAPID TRANSIT RAILWAY COMPANY, Respondent.

*Van Alstine* v. *Syracuse Rapid Transit Ry. Co.,* 142 App. Div 925, appeal dismissed.

(Submitted April 24, 1911; decided May 2, 1911.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 11, 1911, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action to recover for personal injuries alleged to have been sustained through the negligence of defendant.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to review the order

appealed from; that the appellant had not stipulated for judgment absolute in the event of affirmance, and that the appeal was frivolous.

*Charles E. Spencer* for motion.

*Frank T. Miller* opposed.

Motion granted and appeal dismissed, with taxable costs accrued to date and ten dollars costs of motion.